13-3144-cv
Sirob Imports, Inc. v. Peerless Ins. Co.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of March, two thousand fourteen.

PRESENT:  REENA RAGGI,
                    DENNY CHIN,
                                *Circuit Judges,*
                    MAE A. D'AGOSTINO,
                                *District Judge.*[*]
------------------------------------------------------------------------

SIROB IMPORTS, INC.,

    *Plaintiff-Appellant,*


            v.                                                      No. 13-3144-cv


PEERLESS INSURANCE COMPANY,
                    *Defendant-Appellee.*
------------------------------------------------------------------------
APPEARING FOR APPELLANT:            MITCHELL J. WINN, Esq., Garden City, New York.

APPEARING FOR APPELLEES:            SCOTT D. STORM, Mura & Storm, PLLC, Buffalo, New York.

---

[*] The Honorable Mae A. D'Agostino, of the United States District Court for the Northern District of New York, sitting by designation.

Appeal from a judgment of the United States District Court for the Eastern District of New York (Arthur D. Spatt, *Judge*).

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment entered on August 2, 2013, is AFFIRMED.

The parties having agreed at oral argument that the case is now moot in light of Executive Plaza, LLC v. Peerless Insurance Co., — N.Y.2d —, — N.Y.S.2d —, 2014 WL 551251, 2014 N.Y. Slip Op. 00898 (Feb. 13, 2014), the district court's judgment of dismissal without prejudice is AFFIRMED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court